# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Solvay USA | 12/9/2022 | 266465 | Check | $ 21,643.20 |
| Akorn Operating Company, LLC | Solvay USA | 2/13/2023 | 267367 | Check | $ 64,929.60 |
| | | | | | $ 86,572.80 |